## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6839 　　　　　　　　　　　　　　　　　　　　　　　Purchased/Filed: July 30, 2007

STATE OF NEW YORK　　　UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*　　　　Plaintiff

against

*Ametis Construction Corp.*　　　　Defendant

---

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 7, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on _____Ametis Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __42__   Approx. Wt: __145__   Approx. Ht: __5'8"__
Color of skin: __Black__   Hair color: __Black__   Sex: __F__   Other: _____

Sworn to before me on this

__9th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706620

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**