UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

07 CV 6839 (CM)
ECF CASE

**NOTICE OF MOTION**

                                      Plaintiffs,
        -against-

AMETIS CONSTRUCTION CORP.,

                                    Defendant.
------------------------------------------------------------------X
C O U N S E L:

    PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on September 20, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Colleen McMahon, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 21-B, New York, New York 10007, on October 19, 2007, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

    The attached legal papers are being served on you because you have failed to appear in a lawsuit brought against you. If you do not enter an appearance in the lawsuit on or before October 19, 2007, the Court will enter a default judgment against you. If you are a corporation, you can only appear through an attorney. If you are an individual, you may appear by an

attorney or pro se. In either event, you must take some action or a judgment will be entered against you. Entry of a judgment may result in a levy against your property.

Dated: New York, New York
       September 20, 2007

                                            Yours, etc.,

                                            O'DWYER & BERNSTIEN, LLP

                                       By: _____
                                            ANDREW GRABOIS, ESQ.
                                            Attorney for Plaintiffs
                                            52 Duane Street, 5th Floor
                                            New York, New York 10007
                                            (212) 571-7100

TO:   Ametis Construction Corp.
      130-23 229th Street
      Laurelton, NY 11413