## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6839 Purchased/Filed: July 30, 2007

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al* Plaintiff

against

*Ametis Construction Corp.* Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____August 7, 2007____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on

_____Ametis Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __42__ Approx. Wt: __145__ Approx. Ht: __5'8"__
Color of skin: __Black__ Hair color: __Black__ Sex: __F__ Other: _____

Sworn to before me on this

__9th__ day of ____August, 2007____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706620

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**