UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE and PAUL O'BRIEN, as TRUSTEES,

                                    Plaintiffs,

-against-

AMETIS CONSTRUCTION CORP.,

                                    Defendant.
------------------------------------------------------------X

07 CV 6839 (CM)
ECF CASE

**DEFAULT JUDGMENT**

#07, 2264

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

      This action having been commenced on July 30, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Ametis Construction Corp. on August 7, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on August 14, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on September 14, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,185.00 for a total of $3,535.00 and that Ametis Construction Corp. and its officers are ordered to produce any and all books and records relating to Ametis Construction Corp. for the period of August 2, 2004 through June 23, 2007.

Dated: 11/13/07
New York, New York

Honorable Colleen McMahon
United States District Judge

This document was entered on the docket on _____.